236 So.2d 37

Sam Martin POWELL
v.
Burke E. CARTER et al.

No. 50585.

June 8, 1970.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

236 So.2d 37

Mrs. Thelma D. SCOTT
v.
The CONTINENTAL INSURANCE COMPANY and J. M. Walters.

No. 50594.

June 8, 1970.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.